UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :      **WAIVER OF INDICTMENT**

      - v. -                          :      S2 07 Cr. 699 (HB)

JACINTA DE LA CRUZ,               :
    a/k/a "Jose Cirrasquillo,"
    a/k/a "Tio,"                      :

            Defendant.         :

- - - - - - - - - - - - - - - - - -x

      The above-named defendant, who is accused of violating
Title 18, United States Code, Sections 2, 924(c), and 1951, and
Title 21 United States Code, Section 841(b)(1)(A), being advised of
the nature of the charge and of his rights, hereby waives, in open
Court, prosecution by indictment and consents that the proceeding
may be by information instead of by indictment.

                        _____
                        Defendant

                        _____
                        Witness

                        _____
                        Counsel for Defendant

Date:     New York, New York
           January 7, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 7 2012

0202