```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :    INFORMATION

         - v. -                       :    S2 07 Cr. 699 (HB)

JACINTO DE LA CRUZ,                   :
    a/k/a "Jose Cirrasquillo,"
    a/k/a "Tio,"                      :

                 Defendant.           :

- - - - - - - - - - - - - - - - - -x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 7 2007

COUNT ONE

The United States Attorney charges:

1. From at least in or about 2005, up to and including on or about June 27, 2007, in the Southern District of New York and elsewhere, JACINTO DE LA CRUZ, a/k/a "Jose Cirrasquillo," a/k/a "Tio," the defendant, and others known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated and agreed together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, the defendant and others known and unknown, agreed, planned and participated in armed robberies and attempted armed robberies of persons engaged in narcotics trafficking that affected interstate commerce.

(Title 18, United States Code, Section 1951.)

## COUNTS TWO THROUGH SIX

The United States Attorney further charges:

2. On or about the dates set forth below, in the Southern District of New York, JACINTO DE LA CRUZ, a/k/a "Jose Cirrasquillo," a/k/a "Tio," the defendant, and others known and unknown, unlawfully, willfully and knowingly did commit robbery, and attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby would and did obstruct, delay and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, DE LA CRUZ, the defendant, and others known and unknown, committed the following robberies and attempted robberies of persons engaged in narcotics trafficking that affected interstate commerce:

| COUNT | APPROXIMATE DATE | GENERAL LOCATION | ITEM(S) SOUGHT |
|---|---|---|---|
| TWO | December 2005 | 142nd Street and Broadway, Bronx, NY | Narcotics proceeds |
| THREE | Summer 2006 | 190 Davidson, Bronx, NY | Narcotics proceeds |
| FOUR | Summer 2006 | Fordham Road and 184th Street, Bronx, NY | Narcotics proceeds |
| FIVE | Fall 2006 | 225th Street and Broadway, Bronx, NY | Narcotics proceeds |
| SIX | June 27, 2007 | Bronx, NY | 25 Kilograms of cocaine |

(Title 18, United States Code, Sections 1951 and 2.)

COUNT SEVEN

The United States Attorney further charges:

3.  In or about the Summer of 2006, in the Southern District of New York, JACINTO DE LA CRUZ, a/k/a "Jose Cirrasquillo," a/k/a "Tio," the defendant, unlawfully, willfully, and knowingly dis use and carry a firearm, and aided and abetted the use and carrying of a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, the armed robbery charged in Count Three of this Information, and did possess, and aided and abetted the possession of, a firearm in furtherance of that crime, which firearm was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

COUNT EIGHT

The United States Attorney further charges:

4.  From at least in or about 1994 up to and including on or about June 27, 2007, in the Southern District of New York and elsewhere, JACINTO DE LA CRUZ, a/k/a "Jose Cirrasquillo," a/k/a "Tio," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, mixtures and substances containing a detectable amount of crack

cocaine, and mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**JACINTO DE LA CRUZ,
a/k/a "Jose Cirrasquillo,"
a/k/a "Tio,"**

Defendant.

---

**INFORMATION**

S2 07 Cr. 699 (HB)

(21 U.S.C. § 841(b)(1)(A), 18 U.S.C. §§ 2, 924(c), and 1951)

MICHAEL J. GARCIA
United States Attorney.

---

1/7/08 - Waiver of Indictment & Information filed. Deft present w/attys Ellyn Bank, AUSA Todd Blanche, Ct. Rpt and Spanish Interpreter all present. Deft pleads guilty to S2 07cr 699 as charged (8 cts). Court accepts plea of guilty. PSI ordered, Sentence set for 7/24/08 at 10 AM. Deft detained.
                                                    BB J.