UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :       PRIOR FELONY INFORMATION

    - v. -                              :       S2 07 Cr. 699 (HB)

JACINTO DE LA CRUZ,                     :
    a/k/a "Jose Cirrasquillo,"
    a/k/a "Tio,"                        :

        Defendant.              :

- - - - - - - - - - - - - - - - - -x

        The United States Attorney charges:

        On or about April 23, 2004, in New York County Supreme Court, JACINTO DE LA CRUZ, a/k/a "Jose Cirrasquillo," a/k/a "Tio," the defendant, was convicted upon a plea of guilty of a felony relating to narcotic drugs, namely, Criminal Sale of a Controlled Substance.

        Accordingly, JACINTO DE LA CRUZ, a/k/a "Jose Cirrasquillo," a/k/a "Tio," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(A).

        (Title 21, United States Code, Section 851.)

Dated:   New York, New York
        January 7, 2008

                                            _____
                                            MICHAEL J. GARCIA
                                            United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 7 2008