ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                : **ORDER**

                 Plaintiff,              :

-against-                                                            07 Cr 699 (HB)

                                     :

JOSE CIRRASQUILLO.
                    Defendant.    :
-----------------------------------------------------------X

BAER, U.S.D.J.:

     WHEREAS, the defendant JOSE CIRRASQUILLO, by his attorney Ellyn Bank, Esq., in a letter dated April 14, 2008, requested that the Court intervene and assist said defendant in changing his name with the Bureau of Prisons;

     WHEREAS, said defendant is presently in the custody of the Federal Bureau of Prisons at the Metropolitan Detention Center in Brooklyn, New York, where he is identified by inmate number 90026-054 as JOSE CIRRASQUILLO; and

     WHEREAS, said defendant's name is actually JACINTA DE LA CRUZ; it is now therefore,

     ORDERED that the Federal Bureau of Prisons change his inmate information to reflect the correct name: JACINTA DE LA CRUZ, in as timely a manner as possible.

SO ORDERED:

_____
HAROLD BAER, Jr.
United States District Judge

Dated: New York, New York
April 15, 2008