LAW OFFICES OF ELLYN I. BANK
ATTORNEY AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

U.S. DISTRICT JUDGE
S.D.N.Y.

212 385 1800
FAX 212 566 8165

July 18, 2008

Via Facsimile: 212-805-7901

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 11201

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08

Re: US v. Herrera et al., 07 M. 1054/07 Cr. 699 (HB)

Dear Judge Baer,

I represent the defendant, Jose De La Cruz (Carrasquillo), in the above captioned case. I respectfully request an adjournment of Mr. De La Cruz's sentencing hearing, currently scheduled for August 7, 2008. AUSA Todd Blanche consents to this request.

The reason for this request is that I have still not received his presentence report from the US Probation Office, nor have I received the Government's 5K letter.

Once I receive these, I will need time to review them with my client and address any objections or corrections, or in the case of the 5K letter, any omissions.

Accordingly, I respectfully request an adjournment of Mr. De La Cruz's sentence.

For the Court's convenience, I will be away on vacation from August 20, 2008 until September 4, 2008. I begin trial on September 8, 2008, in US v. Pena, 07 Cr 1158 (LBS), in front of the Honorable Leonard B. Sands, where I represent Raul Pena.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Ellyn I. Bank, Esq.

cc: AUSA Todd Blanche (via facsimile: 212-637-2937)

Adjourned to September 18, 2008 at 10:30 am.
So ordered.                    U.S.D.J. 7/22/08